

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

In re TexAmericas Center; TexAmericas Center Public Facility Corporation; TAC East Holdings Company No. 1

No. 06-25-00048-CV

Original Mandamus Proceeding

Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find that the Relator's petition for a writ of mandamus should be conditionally granted, and we direct the trial court to withdraw its oral rulings continuing the hearing on the renewed plea to the jurisdiction and ordering discovery. The writ of mandamus will issue only if the trial court fails to comply.

RENDERED JUNE 30, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk